PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NOAH S. SOARD,<br><br>　　　　　　Defendant. | Case No. 5:24-po-00307-CDB<br><br>[Citation #2152436, CA10]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00307-CDB [Citation #2152436, CA10] against NOAH S. SOARD, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 25, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R Crim. P. 48(a) that Case No. 5:24-po-00307-CDB [Citation #2152436, CA10] against NOAH S. SOARD be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __September 25, 2024__

_____
UNITED STATES MAGISTRATE JUDGE